# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 3:19-CV-289-CEA-HBG |
| ANDREW RAGONE, and FRANK MUSOLINO, | ) ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion for Withdrawal [Doc. 38], filed by Defendant Musolino's counsel, Attorney Adam Selvidge. For grounds, the Motion states that circumstances arose that render it impossible for Attorney Selvidge to continue representing Defendant Musolino.

Pursuant to Local Rule 83.4, in order to withdraw from a case, an attorney must do the following:

> (1) File a motion with the Court requesting permission to withdraw as counsel of record;
>
> (2) Include in the motion the current mailing address and telephone number of the client;
>
> (3) Unless the motion is signed by both the attorney and the client or a consent to the withdrawal signed by the client is attached to the motion, provide a copy of the motion to the client at least 14 days prior to the date the motion is filed;
>
> (4) If a hearing date on the motion is set, certify in writing to the Court that the client was served at least 7 days before the hearing with notice (i) of the date, time, and place of hearing

and (ii) that the client as a right to appear and be heard on the motion; and

(5) Certify to the Court that the above requirements have been met.

The instant Motion does not comply with the above Local Rule. Accordingly, the Motion for Withdrawal [**Doc. 38**] is **DENIED WITHOUT PREJUDICE**. Attorney Selvidge may refile his motion in accordance with Local Rule 83.4.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge